IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CURT HEPP,<br><br>          Plaintiff,<br><br>    -vs-<br><br>ULTRA GREEN ENERGY SERVICES LLC,<br>and<br>M1 ENERGY RISK MANAGEMENT, LLC<br><br>          Defendants. | No. 13-cv-4692<br><br>Judge Thomas M. Durkin |

**ULTRA GREEN ENERGY SERVICES LLC MOTION
TO DISMISS THE CAPTIONED COMPLAINT IN ITS ENTIRETY**

The Defendant, Ultra Green Energy Services LLC, ("UGES"), by its attorney, Elliot Samuels, moves to dismiss the captioned Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) (hereafter "Rule12 (b)(6)"), and submits its Memorandum of Law in support of this Motion.

WHEREFORE, UGES moves for the entry of an Order dismissing the Amended Complaint.

                                                      Respectfully Submitted,

                                                      _____
                                                      Elliot M. Samuels

Elliot M. Samuels
Attorney At Law
333 W. Wacker Dr., Suite 2000
Chicago, IL 60606
312-357-0590
312-236-6706 Fax